[No. 23126-7-III.   Division Three.   September 15, 2005.]

*In the Matter of the Marriage of* GUY E. KATZ, *Appellant,* and MICHELLE E. KATZ, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-01337-4, Paul A. Bastine, J., entered May 28, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ.

[No. 53537-4-I.   Division One.   September 16, 2005.]

D.L.S. ET AL., *Appellants,* v. DAVID MAYBIN ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 02-2-20826-6, Palmer Robinson, J., entered October 24 and December 1, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Ellington and Schindler, JJ. Now published at 130 Wn. App. 94.

[No. 53808-0-I.   Division One.   September 16, 2005.]

ALFRED RUNTE, *Appellant,* v. THE UNIVERSITY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-35874-8, Mary Yu, J., entered January 25, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Schindler, JJ.

[No. 53986-8-I.   Division One.   September 16, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIELLE MARIE WYMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00114-6, Michael E. Rickert, J., entered March 23, 2004. *Reversed* by unpublished opinion per Appelwick, A.C.J., concurred in by Kennedy, J.; Agid, J., dissenting in part.